UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDRE DOW,<br><br>        Petitioner,<br><br> v.<br><br>STATE OF NEVADA,<br><br>        Respondents. | Case No. 3:23-cv-00529-ART-CLB<br><br>ORDER |

  Petitioner moves for an extension of time to file his first amended petition. (ECF No. 10.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

  It is therefore ordered that Petitioner's unopposed first motion for enlargement of time (ECF No. 10) is granted. Petitioner has until July 29, 2024, to file his amended petition.

  Dated this 24th day of April 2024.

                      ANNE R. TRAUM
                      UNITED STATES DISTRICT JUDGE