UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDRE DOW,<br><br>                    Petitioner,<br>     v.<br><br>STATE OF NEVADA,<br><br>                    Respondents. | Case No. 3:23-cv-00529-ART-CLB<br><br>ORDER |

Petitioner moves for an extension of time to file his first amended petition. (ECF No. 12.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed second motion for enlargement of time (ECF No. 12) is granted. Petitioner has until October 28, 2024, to file his amended petition.

Dated this 6th day of August 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1