UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDRE DOW,<br><br>                          Petitioner,<br><br>  v.<br><br>STATE OF NEVADA,<br><br>                         Respondents. | Case No. 3:23-cv-00529-ART-CLB<br><br>ORDER |

       Respondents move for an extension of time to file their response to Petitioner Andre Dow's motion for leave to conduct discovery. (ECF No. 19.)

       Petitioner moves for an extension of time to file his reply in support of his motion for leave to conduct discovery. (ECF No. 21.) In addition, Dow moves for an extension of time to file his first amended petition. (ECF No. 22.) The Court finds the requests are made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motions.

       It is therefore ordered that Respondents' first motion for enlargement of time (ECF No. 19) is granted *nunc pro tunc.*

       It is further ordered that Petitioner's first motion for enlargement of time (ECF No. 21) is granted. Petitioner has until November 5, 2024, to file his reply in support of his motion for leave to conduct discovery.

       It is further ordered that Petitioner's unopposed third motion for enlargement of time (ECF No. 22) is granted. Petitioner has until January 27, 2025, to file his amended petition.

       DATED THIS 25th day of October, 2024.

                                                  ANNE R. TRAUM<br>                                                  UNITED STATES DISTRICT JUDGE