1

2

3                      UNITED STATES DISTRICT COURT

4                            DISTRICT OF NEVADA

5

6     ANDRE DOW,                              Case No. 3:23-cv-00529-ART-CLB

                                Petitioner,              ORDER
7          v.

8     STATE OF NEVADA,

9                                Respondents.

10

11

12          Petitioner Andre Dow moves for leave to file his first amended petition for

writ of habeas corpus (ECF No. 14). Dow tentatively calculated the federal statute
13
of limitations under 28 U.S.C. § 2244(d) and he requests leave to file his first
14
amended petition as a protective petition. In addition, because the Court
15
previously set the deadline for Dow to file an amended petition for October 28,
16
2024, he requests that the Court preserve the October 28, 2024, deadline for
17
filing a second amended petition. Dow, however, has not filed a second amended
18
petition or renewed his request to file a second amended petition. Respondents
19
do not oppose Dow's motion. Pursuant to Rule 15(a)(2) of the Federal Rules of
20
Civil Procedure and the Scheduling Order (ECF No. 9), the Court finds that leave
21
to amend is appropriate.
22
            In addition, Respondents move for an extension of time to file their
23
response to Dow's first amended petition. (ECF No. 24.) The Court finds the
24
request is made in good faith and not solely for the purpose of delay, and therefore
25
good cause exists to grant the motion.
26
            It is therefore ordered that Petitioner Andre Dow's unopposed motion for
27
leave to file first amended petition (ECF No. 14) is granted.
28

1

It is further ordered that Respondents' unopposed first motion for enlargement of time (ECF No. 24) is granted. Respondents have until December 27, 2024, to file his amended petition.

DATED THIS 22nd day of November 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2