UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDRE DOW,<br><br>                   Petitioner,<br>    v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                   Respondents. | Case No. 3:23-cv-00529-ART-CLB<br><br>ORDER |

Petitioner Andre Dow, through his appointed counsel, filed an unopposed motion for an extension of time (ECF No. 28) to file a second amended petition for a writ of habeas corpus. This is Petitioner's second request for an extension of time to file a second amended petition. (*See* ECF Nos. 22; 27; 28.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time to file a second amended petition (ECF No. 28) is granted. Petitioner has until April 28, 2025, to file a second amended petition.

DATED THIS 24th day of January, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE