UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANDRE DOW,

          Petitioner,

v.

STATE OF NEVADA,

          Respondents.

Case No. 3:23-cv-00529-ART-CLB

ORDER

      Respondents' Motion to Waive Compliance with LSR 3-3 (ECF No. 29) is granted. Respondents request waiver of LSR 3-3(c) to allow them to file the full state court record and prepared a draft exhibit list. (ECF No. 29-1.) Respondents represent that they conferred with counsel for Petitioner Andre Dow, and counsel does not oppose the motion. (ECF No. 29 at n.2.) The Court finds good cause to grant Respondents' motion.

      In addition, Petitioner moves for an extension of time to file amended habeas petition. (ECF No. 32.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

      It is therefore ordered that Respondents' Motion to Waive Compliance with LSR 3-3 (ECF No. 29) is granted.

      It is further ordered that Petitioner's first unopposed Motion to Extend (ECF No. 32) is granted. Petitioner has until September 25, 2025, to file his amended petition.

      DATED THIS 22nd day of April, 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1