UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDRE DOW, | Case No. 3:23-cv-00529-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, | |
| Respondents. | |

Petitioner Andre Dow and third-party United States Attorney's Office for the Northern District of California ("USAO NDCA") agree to an extension of time to file a response to Petitioner Andre Dow's motion to compel. (ECF No. 48.) The Court finds the requests are made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motions.

It is therefore ordered that the Stipulation for Extension of Time (ECF No. 48) is granted. Third-party USAO NDCA has until July 18, 2025, to file their response.

DATED THIS 7th day of July, 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1