UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDRE DOW, | Case No. 3:23-cv-00529-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, | |
| Respondents. | |

Petitioner Andre Dow and third-party Federal Bureau of Investigation ("FBI") agree to an extension of time to file a response to Petitioner Andre Dow's motion to compel. (ECF Nos. 54, 56.) Dow also requests an extension of time to file his amended petition. (ECF No. 55.) The Court finds the requests are made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motions.

It is therefore ordered that the Stipulations for Extension of Time (ECF Nos. 54, 56) are granted. Third-party FBI has until September 5, 2025, to file their response.

It is further ordered that Petitioner Dow's Motion for Extension of Time (ECF No. 55) is granted. Dow has until January 14, 2026, to file his amended petition.

DATED THIS 18th day of September, 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE