UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANDRE DOW,

Petitioner,

v.

STATE OF NEVADA,

Respondents.

Case No. 3:23-cv-00529-ART-CLB

ORDER

Petitioner Andre Dow requests an extension of time to file his amended petition. (ECF No. 59.) The Court finds the requests are made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motions.

It is therefore ordered that Petitioner Dow's Motion for Extension of Time (ECF No. 59) is granted. Dow has until February 13, 2026, to file his amended petition.

DATED THIS 16th day of January, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1